# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

Robert P. Young, Jr.,
Chief Justice

148275

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

2010-3 SFR VENTURE REO, L.L.C.,
    Plaintiff-Appellee,

v

                                      SC: 148275
                                      COA: 315745
                                      St Clair CC: 12-002426-AV

THOMAS P. DUEWEKE, JR. and
BRIDGET A. DUEWEKE,
          Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the November 1, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



t0421

                                        Clerk